UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,  Petitioner,  v.  CCI, et al.,  Respondents. | No. 2:13-cv-2599 CKD P  ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

Petitioner has failed to specify the grounds for relief in his petition. See Rule 2(c), Rules Governing § 2254 Cases. Without additional information, the court cannot determine the legal and factual basis of petitioner's claim. (See ECF No. 5 at 15.)

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

////

////

1

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: January 31, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hern2599.114

2