UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,  Petitioner,  v.  CCI, et al.,  Respondents. | No. 2:13-cv-2599 CKD P  ORDER |

By order filed January 31, 2014, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not responded to the court's order. Petitioner has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: March 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hern2599.fta.hab